Dismissed and Remanded Memorandum Opinion filed September 20, 2007








Dismissed
and Remanded Memorandum Opinion filed September 20, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00317-CV

____________

 

UNIVERSITY OF TEXAS MEDICAL BRANCH
OF GALVESTON COUNTY d/b/a JOHN SEALY HOSPITAL, JAMES C. ARENS, M.D., In his
Official Capacity, and THOMAS M. JAMES, M.D., In his Official Capacity, Appellants

 

V.

 

KEVIN BARRETT, M.D., Appellee

 



 

On Appeal from the
122nd District Court

Galveston County,
Texas

Trial Court Cause
No. 95CV0834

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 3, 2007.  On September 12, 2007, the
parties filed an agreed motion to dismiss the appeal and to remand to the trial
court for entry of an order of dismissal of all claims.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed and the cause is remanded to the trial court
for entry of an order dismissing all claims.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 20, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.